CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

OCT 19 2017

JULIA C. DUDLEY, CLERK
BY: /s/
   DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CASE NO. 7:06CR00007-1 |
| | ) (CASE NO. 7:17CV81281) |
| v. | ) FINAL ORDER |
| JAMAL EDWARD CRUMP, | ) |
| Defendant. | ) By: Hon. Glen E. Conrad |
| | ) United States District Judge |

In accordance with the accompanying memorandum opinion, it is hereby

**ADJUDGED AND ORDERED**

that defendant's submission titled "§ 3742(g)(2) REVIEW OF SENTENCE" (ECF No. 112) is **CONSTRUED** as a motion to vacate, set aside or correct the sentence under 28 U.S.C. § 2255 and is **DISMISSED** as successive under § 2255(h); and this § 2255 action is stricken from the active docket of the court. Based upon the court's finding that the defendant has not made the requisite showing of denial of a substantial right, a certificate of appealability is **DENIED**.

ENTER: This 18th day of October, 2017.

_____
United States District Judge